# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
### [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

__John E. Taylor__
Name under which you were convicted

__007984__
Your prison number

vs. __Mobile County Metro Jail,__
__Sheriff Sam Cochran__
Name of Defendant(s)

CIVIL ACTION NO. __15-CV-448-WS-B__
(To be supplied by Clerk of Court)

__Mobile Co. Metro Jail, P.O. Box 104, Mobile, Al 36601__
Place of Confinement and Address

## INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other

Rev. 4/10/06

I. <u>PREVIOUS LAWSUITS</u>.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
    Yes ( )    No (✓)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
    Yes ( )    No (✓)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

    1. Parties to this previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

    2. Court (if federal court, name the district; if state court, name the county): _____

_____

    3. Docket Number: _____

    4. Were you granted the opportunity to proceed without payment of filing fees?
Yes ( )    No ( )

    5. Name of judge to whom the case was assigned: _____

    6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

_____

_____

_____

    7. Approximate date of filing lawsuit: _____

8. Approximate date of ruling by court: _____

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: Mobile County Metro Jail

B. Date it occurred: April 19th 2015

C. Is there a prisoner grievance procedure in this institution? Yes

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (✓)   No ( )

E. If your answer is YES:

   1. What steps did you take? Requested Nutritional information

   2. What was the result? Refused information / See attached addendum.

F. If your answer is NO, explain why not: _____

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

We are being served unrecognizable meat products. A request was sent to the dietician asking for a description of the meat we are being served. I was told it was beef, veal, lamb and poultry. I ask what body parts it come from and documentation verifying nutritional value. I was then informed they would not provide this information. And emphatically stated "Case Closed".

4

_____

_____

III. **PARTIES**.

A. <u>Plaintiff</u> (Your name/AIS): John E. Taylor / 0071984

   Your present address: P.O. Box 104 Mobile, Al 36601

B. <u>Defendant(s)</u>:

1. Defendant (full name) Sam Cochran is employed as Sheriff at Mobile Co. Sheriff Dept.

   His/her present address is P.O. Box 113 Mobile, Al 36601.

   (a) Claim against this defendant: Inadequate Nutritional information provided.

   (b) Supporting facts (Include date/location of incident):

   _____

   _____

   _____

2. Defendant (full name) ~~[scribbled out]~~ is employed as _____

   at _____.

   His/her present address is _____.

   (a) Claim against this defendant: _____

   _____

   (b) Supporting facts (Include date/location of incident):

   _____

   _____

   _____

3. Defendant (full name) _____ is employed as _____

   at _____.

His/her present address is _____.

(a) Claim against this defendant: _____
_____.

(b) Supporting facts (Include date/location of incident):

_____

_____

_____

_____

C. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: Sorna Violation
_____.

2. When were you convicted? 2012

3. What is the term of your sentence? 10 split one year and a day.

4. When did you start serving this sentence? 2012

5. Do you have any other convictions which form the basis of a future sentence?
    Yes ( )    No (✓)

If so, complete the following:

(a) Date of conviction: _____

(b) Term of sentence: _____

6. What is your expected end of sentence (E.O.S.) date? Unknown

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no(✓) | yes( ) no(✓) |
| Expunged | yes( ) no(✓) | yes( ) no(✓) |

6

Invalidated     yes( ) no(✓)          yes( ) no(✓)
Writ of habeas  yes( ) no(✓)          yes( ) no(✓)
  corpus granted

C.  If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

Provide me with the full ingredient description and schedule of Nutritional Values of the meat and meat products we are served. And See that we (as inmates) are being Served a balanced diet that is fit for human consumption. Financial Compensation due to unnecessary duress.

VI. **AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

9.1.2015
Date

_____
(Signature of Plaintiff Under Penalty of Perjury)

P.O. Box 104
Current Mailing Address

Mobile, Al 36601

_____
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

8.21.2015 Case # 184400 / Sent to the Kitchen
  Due to my religious beliefs, I'd like to know what species of meat I am being served. Regarding any meat-by product, I need to know what ingredients are incorporated into this product. In addition, Do you have the M.S.D.S. file concerning the meat-by product? Thank you for your time concerning this matter.

Reply on 8.21.2015 / Reply from Kitchen
  Meat can consist of beef, Veal, Lamb. USDA choice ground beef, Utility grade or better; We do not serve pork products of any kind.

8.28.2015 Case # 186180 / Sent to the Kitchen
  In reference to Case No. 184400 that you responded to, I'd like to know the actual part of the beef, lamb and or poultry that the meat you serve comes from, for instance does it come from muscle tissue or is it from the organs or both? also do you have any documentation on file to verify that it is both fit for human consumption and the nutritional value per serving, please inform me of the nutritional information required by law for my own records. Thank You

8.28.2015 Case # 186389 / Sent to "other"
  Can I get a copy of messages that are put on the Kiosk? Thank You. This is in reference to the dietitian in the kitchen.

8.28.2015 Case # 186524 / Grievance.
  Could you please see why I haven't recieved an answer from the kitchen or the material I've requested? Thank You.

8.31.2015 Case # 186180 / Reply from Kitchen
  We will not provide this information. We are held to strictest standards for the food we provide inmates. It is all U.S.D.A. inspected and approved. The dietician has authorized it, The County has accepted it. Case Closed.

# Certificate of Service

I hereby certify that a foregoing copy of Same Motion/Complaint was sent via U.S. Mail with proper postage affixed to recipients listed below.

Warden Trey Oliver c/o Mobile Co. Metro Jail
P.O. Box 104, Mobile, Al 36601

Sheriff Sam Cochran c/o Mobile Co. Sheriff's Dept.
P.O. Box 113, Mobile, Al 36601

United States District Court
113 St. Joseph St.
Mobile, Al 36602

Done on this the 1st day of Sep. 2015

Respectfully,
[signature]

## VIII. FOR PRISONER PLAINTIFFS/PETITIONERS ONLY:

A financial statement containing all transactions in your prisoner account for the six (6) months immediately preceding the filing of the Complaint must accompany this Motion. The financial statement must be in the form of a computer printout or bank ledger card prepared by the institution; a notarized financial statement that you prepare; or a financial statement prepared by an authorized officer of the institution. Failure to provide this financial statement information may result in the dismissal of this action.

The requirement to submit the financial statement addressed above does not negate your responsibility to ensure that the Certificate found below is also properly executed and filed.

I hereby authorize the agency having custody of me to collect from my prison account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2). I understand that even if I am allowed to proceed in forma pauperis or pay a partial filing fee and even if my case is later dismissed for any reason, I am obligated to pay to the Clerk of the Court the full amount of the filing fee ($350.00 for a civil action, $5.00 for a habeas corpus petition, or $455.00 for an appeal).

_9.1.2015_  
**DATE**

_[signature]_  
**SIGNATURE OF PLAINTIFF/PETITIONER**

### CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _0_ on account to his/her credit at _Mobile Metro Jail_ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ _833_. (Please attach a certified copy of the applicant's account statement showing transactions for the past six months.)

_9/1/15_  
**DATE**

_[signature]_  
**SIGNATURE OF AUTHORIZED OFFICER**

5

Date : 09/01/2015
Time : 10:32

## Account Activity Ledger
From: 04/19/2015 To: 09/01/2015

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| **ID** 71984 | **Name** TAYLOR, JOHN EDWARD | | | **Block** 905C/104 | | | **Previous Balance** | | 0.00 |
| Imported Entry | 04/20/2015 | 00:03 | B#159999 | 481664 | D | | 0.00 | | 0.00 |
| Sales Transaction | 05/07/2015 | 06:24 | I#97525 | | I | 0.00 | | | 0.00 |
| Sales Transaction | 05/21/2015 | 09:18 | I#99614 | | I | 0.00 | | | 0.00 |
| Sales Transaction | 06/04/2015 | 06:22 | I#101485 | | I | 0.00 | | | 0.00 |
| MARGARET TAYLOR | 06/11/2015 | 13:42 | B#173192 | 517028 | D | | 50.00 | | 50.00 |
| Ind Haircut-Dulaney | 06/11/2015 | 13:42 | B#173192 | 517029 | W | | | -3.13 | 46.87 |
| Indigent Pak # 2 Deb | 06/11/2015 | 13:42 | B#173192 | 517031 | W | | | -1.72 | 45.15 |
| Indigent Pak # 2 Deb | 06/11/2015 | 13:42 | B#173192 | 517033 | W | | | -1.72 | 43.43 |
| Indigent Pak # 2 Deb | 06/11/2015 | 13:42 | B#173192 | 517035 | W | | | -1.72 | 41.71 |
| Indigent Pak # 2 Deb | 06/11/2015 | 13:42 | B#173192 | 517037 | W | | | -1.72 | 39.99 |
| Indigent Pak # 2 Deb | 06/11/2015 | 13:42 | B#173192 | 517039 | W | | | -1.72 | 38.27 |
| Ind Haircut-Dulaney | 06/11/2015 | 13:42 | B#173192 | 517041 | W | | | -0.77 | 37.50 |
| Sales Transaction | 06/15/2015 | 06:22 | I#103441 | | I | 37.21 | | | 0.29 |
| Sales Transaction | 06/18/2015 | 06:15 | I#103903 | | I | 0.29 | | | 0.00 |
| Sales Transaction | 07/16/2015 | 06:12 | I#108501 | | I | 0.00 | | | 0.00 |
| Sales Transaction | 08/03/2015 | 05:40 | I#111895 | | I | 0.00 | | | 0.00 |
| Sales Transaction | 08/17/2015 | 05:28 | I#115153 | | I | 0.00 | | | 0.00 |
| Sales Transaction | 08/31/2015 | 05:27 | I#117298 | | I | 0.00 | | | 0.00 |

| | | | |
|---:|---:|---|---:|
| **Deposits** | 2 | For $ | 50.00 |
| **Withdraws** | 7 | For $ | -12.50 |
| **Invoices** | 9 | For $ | 37.50 |
| **Outstanding Debt** | | $ | 204.04 |
| **Savings Balance** | | $ | 0.00 |
| **Bond Balance** | | $ | 0.00 |

Page : 1

John E. Taylor
P.O. Box 104
Mobile, Al 36601

United States Federal Court
113 St. Joseph St.
Mobile, Al 36602



INMATE IN MOBILE CO. JAIL

03 SEP 2015