```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION


JOHN E. TAYLOR, #0071984,        :

     Plaintiff,                  :

vs.                              :   CIVIL ACTION 15-00448-WS-B

SHERIFF SAM COCHRAN,             :

     Defendant.                  :
```

### JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** with prejudice as frivolous, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE** this 15th day of January, 2016.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE